EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | 2005 TSPR 59     |
|                             |                  |
|     Reinaldo Ramos Valentín | 163 DPR _____    |

Número del Caso: TS-4658

Fecha: 29 de abril de 2005

Abogado de la Parte Peticionaria:

                        Por Dercho Propio

Oficina del Procurador General:

                        Lcda. Minnie H. Rodríguez López
                        Procuradora General Auxiliar

Colegio de Abogados de Puerto Rico:

                        Lcdo. José M. Montalvo Trías
                        Director Ejecutivo

Oficina de Inspección de Notarías:

                        Lcda.. Carmen H. Carlos
                        Directora

Materia: Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Reinaldo Ramos Valentín

TS-4658

RESOLUCIÓN

San Juan, Puerto Rico, a 29 de abril de 2005.

Vista la Moción en Cumplimiento de Orden, presentada por la Lcda. Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías, se autoriza reinstalación del licenciado Ramos Valentín al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo